**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 09-cr-00189-CMA-09

UNITED STATES OF AMERICA,

    Plaintiff,

v.

9.  ANTHONY LEE VALDEZ,
    a/k/a "Anthony Valdez,"

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    This matter is before the Court on Defendant's Request [Motion] for Reconsideration on Denial of Defendant's Motion to Modify Bond (Doc. # 359).

    Upon review of the motion and the case file, the Court finds that the Magistrate Judge's order (Doc. # 349) is clear as to the reasons for denial of the Motion for Modification of Detention Order.  The Court further finds no reason to hold an evidentiary hearing on this matter.  Therefore, it is

    ORDERED that the Motion for Reconsideration (Doc. # 359) is DENIED.

    DATED:  November 9, 2009